# UNITED STATES DISTRICT COURT
### for the
## Northern District of Illinois

| Steve Whitmore | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  10 C 2518 |
| Kraft Foods Global, Inc. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

[x] other:
This action is remanded to the Circuit Court of the First Municipal District, Cook County, Illinois.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

[X] decided by Judge   Edmond E. Chang   on a motion for   remand   filed by Plaintiff, Steve Whitmore.

Date:   Jun 27, 2011                                  Michael W. Dobbins, Clerk of Court

                                                              /S/ Sandra Brooks